**OHIO, ex rel. KLAPP, PROSECUTING ATTORNEY, v. DAYTON POWER & LIGHT CO. et al.**

ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT.

No. 851.   Decided June 1, 1959.

Robert Houston French, Haveth E. Mau and R. K. Wilson, for petitioner.
Julian de Bruyn Kops, for respondents.

**OPINION**

Per CURIAM.
The petition for writ of certiorari is granted.  The judgment of the United States Court of Appeals for the Sixth Circuit is reversed.  Strawbridge v. Curtiss, 3 Cranch 267; Removal Cases, 100 U. S. 457; Indianapolis v. Chase National Bank, 314 U. S. 63.
For opinions in U. S. District Court and U. S. Circuit Court of Appeals, see 82 Abs 152 and 82 Abs 158.